**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephanie Dobrosky,<br><br>              Plaintiff,<br><br>v.<br><br>City of Glendale,<br><br>              Defendant. | No. CV13-00084-PHX-DGC<br><br>**ORDER APPROVING<br>SETTLEMENT AGREEMENT<br>AND DISMISSAL<br>WITH PREJUDICE** |

Pursuant to the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 27) and good cause appearing,

**IT IS HEREBY ORDERED** approving the parties' Settlement Agreement and dismissing this action with prejudice.

Dated this 13th day of January, 2014.

_____
David G. Campbell
United States District Judge

3454506.1
01/10/14